## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW WHITFIELD, )<br>)<br>Plaintiff, )<br>) Case No. 2:22-cv-01247<br>v. )<br>)<br>TEGNA INC., HOWARD D. ELIAS, DAVE )<br>LOUGEE, GINA L. BIANCHINI, STUART J. )<br>EPSTEIN, LIDIA FONSECA, KAREN H. )<br>GRIMES, SCOTT K. MCCUNE, HENRY W. )<br>MCGEE, SUSAN NESS, BRUCE P. NOLOP, )<br>NEAL SHAPIRO, and MELINDA C. )<br>WITMER, )<br>)<br>Defendants ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 30, 2022

**GRABAR LAW OFFICE**

By: _/s/ Joshua H. Grabar_
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*